Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Donald Q. and Donna Stuart, vs. Pfizer, Inc.,*.<br>*MDL No. 06-5196:* Plaintiff Donald Q. Stuart and Donna Stuart | |

Come now the Plaintiffs, Donald Q. Stuart and Donna Stuart, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Donald Q. Stuart and Donna Stuart's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009     By: /s/ Jayne Conroy
                                 Jayne Conroy
                                 **HANLY CONROY BIERSTEIN**
                                 **SHERIDAN FISHER & HAYES LLP**
                                 112 Madison Avenue
                                 New York, New York 10016-7416
                                 (212) 784-6400
                                 (212) 784-6420 (Fax)
                                 Email: jconroy@hanlyconroy.com

                      -and-

                                 **SIMMONSCOOPER LLC**
                                 707 Berkshire Blvd.
                                 East Alton, IL 62024
                                 (618) 259-2222
                                 (618) 259-2251 (Fax)

                                 *Counsel for Plaintiff.*

Dated: ___March 11___, 2009      By: /s/ Michelle W. Sadowsky
                                 Michelle W. Sadowsky
                                 **DLA PIPER US LLP**
                                 1251 Avenue of the Americas
                                 New York, New York 10020-1104
                                 (212) 335-4625
                                 (212) 884-8675 (Fax)

                                 *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___March 30___, 2009      By: /s/
                                 United States District Court